IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK ELDRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-805-WKW |
| ) | (WO) |
| ANTHONY CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 31, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) that this case is due to be dismissed for, *inter alia*, failure to prosecute. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 12) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 27th day of April, 2006.

                                                   /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE